**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-62401-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

      Plaintiff,

v.

GYROVILLE FRANCHISING COMPANY, LLC, d/b/a GYROVILLE, a *Florida Limited Liability Company*,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Nelson Fernandez and Defendant Gyroville Franchising Company, LLC's Joint Stipulation for Dismissal with Prejudice, filed on February 29, 2024. (DE 11). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss this action.  Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1) The above-styled action is **DISMISSED WITH PREJUDICE.**

    (2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

    **SIGNED** in Chambers in West Palm Beach, Florida, this 1st day of March, 2024.

Donald M. Middlebrooks
United States District Judge